IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALAN WHITELAW | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-01915 |
| | § | |
| FREEDOM MORTGAGE CORPORATION | § § | |

_____

### AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE
_____

TO THE HONORABLE DISTRICT COURT JUDGE:

Pursuant to the Federal Rule of Civil Procedure, Plaintiff Alan Whitelaw and Defendant Freedom Mortgage Corporation hereby stipulate and agree to the following:

1. Plaintiff filed his Original Petition, Application for Injunctive Relief, and Request for Disclosures in the 190th Judicial Court of Harris County, Texas on April 26, 2023.

2. Defendant filed its Notice of Removal on May 24, 2023.

3. Plaintiff and Defendant have resolved this matter amongst themselves.

4. Plaintiff as well as Defendant shall bear their own attorney's fees, expert fees, and litigation expenses incurred in litigating these claims.

5. Accordingly, Plaintiff and Defendant request that the Court dismiss this lawsuit without prejudice against filing same in the future.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff and Defendant hereto request that the Court enter the attached Order dismissing the above-entitled and numbered cause without prejudice with costs of court being assessed against the party incurring same.

Respectfully submitted,

VILT LAW, P.C.

By: /s/ *Robert C. Vilt*_____
ROBERT C. VILT
Texas Bar Number 00788586
Federal Bar Number 20296
Email: clay@viltlaw.com
5177 Richmond Avenue, Suite 1142
Houston, Texas 77056
Telephone: 713.840.7570
Facsimile: 713.877.1827
ATTORNEYS FOR PLAINTIFF

MILLER, GEORGE & SUGGS, PLLC

By: /s/ *Bradley Conway (with Permission)*___
BRADLEY CONWAY
Texas Bar Number 24055340
Email: bconway@mgs-legal.com
DUSTIN GEORGE
Texas Bar Number 24065287
Email: dgeorge@mgs-legal.com
6080 Tennyson Pkwy., Ste 100
Plano, Texas 75024
Telephone: 972.532.0128
Facsimile: 214.291.5507
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record and pro se parties via the court's electronic filing service on the 1st day of August, 2023.

Bradley Conway
Dustin George
MILLER GEORGE & SUGGS, PLLC
5601 Democracy Drive, Suite 265
Plano, Texas  75024

/s/ *Robert C. Vilt*_____
ROBERT C. VILT