**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ALAN WHITELAW | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-01915 |
| | § | |
| FREEDOM MORTGAGE | § | |
| CORPORATION | § | |

**ORDER GRANTING AGREED STIPULATION OF**
**DISMISSAL WITHOUT PREJUDICE**

On this day the Court considered the Agreed Stipulation of Dismissal Without Prejudice submitted by Plaintiff Alan Whitelaw and Defendant Freedom Mortgage Corporation and finds that the parties' request has merit and should be **GRANTED.** It is therefore

**ORDERED, ADJUDGED and DECREED** that all claims in the above-entitled and numbered cause that were or could have been asserted by Plaintiff against Defendant be dismissed without prejudice, with costs of court being assessed against the party incurring the same. All relief not expressly granted in this Order is hereby denied.

Signed this _____ day of _____, 2023.

_____
Presiding Judge

*AGREED TO AND APPROVED AS TO FORM:*

VILT LAW, P.C.

/s/ *Robert C. Vilt*_____
ROBERT C. VILT
Texas Bar Number 00788586
Federal Bar Number 20296
Email: clay@viltlaw.com
5177 Richmond Avenue, Suite 1142
Houston, Texas 77056
Telephone:     713.840.7570
Facsimile:      713.877.1827

ATTORNEYS FOR PLAINTIFF

MILLER, GEORGE & SUGGS, PLLC

/s/ *Bradley Conway (with permission)*___
BRADLEY CONWAY
Texas Bar Number 24055340
Email: bconway@mgs-legal.com
DUSTIN GEORGE
Texas Bar Number 24065287
Email: dgeorge@mgs-legal.com
6080 Tennyson Pkwy., Ste 100
Plano, Texas 75024
Telephone:     972.532.0128
Facsimile:      214.291.5507

ATTORNEYS FOR DEFENDANT