United States District Court
Southern District of Texas
**ENTERED**
August 03, 2023
Nathan Ochsner, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| ALAN WHITELAW | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-01915 |
| | § | |
| FREEDOM MORTGAGE | § | |
| CORPORATION | § | |

### ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

On this day the Court considered the Agreed Stipulation of Dismissal Without Prejudice submitted by Plaintiff Alan Whitelaw and Defendant Freedom Mortgage Corporation and finds that the parties' request has merit and should be **GRANTED**. It is therefore

**ORDERED, ADJUDGED and DECREED** that all claims in the above-entitled and numbered cause that were or could have been asserted by Plaintiff against Defendant be dismissed without prejudice, with costs of court being assessed against the party incurring the same. All relief not expressly granted in this Order is hereby denied.

Signed this **3** day of **Aug**, 2023.

_____
Presiding Judge